UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BARBARA HAMILTON<br><br>Defendant. | 07 Mj. 395<br><br>**NOTICE OF CHANGE**<br>**OF FIRM, PHONE AND**<br>**EMAIL** |

    PLEASE BE ADVISED that the following contact information for Harvey Fishbein, Esq.:

    Harvey B. Fishbein, Esq.
    Gould Reimer Walsh Goffin Cohn, LLP
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    HFishbein@gfrglawfirm.com

is incorrect and should read:

    Harvey Fishbein, Esq.
    Fishbein McConnell, LLP
    61 Broadway
    Suite 1601
    New York, NY 10006
    212-233-9555
    212-267-3024 (fax)
    Fishbein@fmlawny.com

Dated: New York, NY
       March 21, 2007

                                                          Harvey Fishbein, Esq.
                                                          Fishbein McConnell, LLP
                                                          Attorney for the Defendant
                                                           61 Broadway, Suite 1601
                                                          New York, NY 10006
                                                          212-233-9555