JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   -v-                            :     INDICTMENT

SANTIAGO MARTINEZ,                :     07 CRIM 285

        Defendant.            :

- - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

1. On or about March 12, 2007, in the Southern District of New York and elsewhere, SANTIAGO MARTINEZ, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin.

     (Title 21, United States Code, Sections 812,
          841(a)(1) and 841(b)(1)(B);
    Title 18, United States Code, Section 2.)

_____          _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

APR 11 2007