

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2007

**By Fax (212-805-7906)**

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/07

    Re:  **United States v. Santiago Martinez**,
          07 Cr. 285 (DC)

Dear Judge Chin:

       The Grand Jury returned an indictment in this matter on April 11, 2007, and it was wheeled out to your Honor that day. The defendant is presently in custody in Connecticut in connection with related federal charges. Undersigned counsel has spoken with the U.S. Attorney's Office in Connecticut and defendant's counsel in this case regarding a possible Rule 20 transfer of this matter to the District of Connecticut. The Government and defense counsel are presently working to determine whether the defendant will consent to such a transfer.

Hon. Denny Chin
May 2, 2007
Page Two

   Accordingly, the Government obtained a control conference date from your Honor's clerk of July 18, 2007, at 4:30 p.m. I write with the consent of the defense to ask that the time under the Speedy Trial Act be excluded through that date to facilitate both the possible Rule 20 transfer of this matter and negotiations regarding a potential disposition.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

    By: _____
       Marshall A. Camp
       Assistant United States Attorney
       Tel.: (212) 637-1035

cc: Harvey Fishbein, Esq. (by fax: 212-267-3024)

SO ORDERED.

_____   5/3/07
HON. DENNY CHIN       DATE
UNITED STATES DISTRICT JUDGE