

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2007

**By Fax (212-805-7906)**

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Room 1020
New York, N.Y. 10007

    USDC SDNY
    DOCUMENT
    ELECTRONICALLY FILED
    DOC #: _____
    DATE FILED: 7/23/07

    Re:    **United States v. Santiago Martinez**,
           07 Cr. 285 (DC)

Dear Judge Chin:

    The Grand Jury returned an Indictment in this matter on April 11, 2007, and it was wheeled out to your Honor that day. The defendant is presently in custody in the District of Connecticut, where is charged with a related offense. The U.S. Attorney's Offices in both districts, and the defendant, have consented to a Rule 20 transfer of this case to the District of Connecticut. The appropriate paperwork was recently submitted by this Office to the Clerk's Office, and the transfer is now pending. In order to facilitate the pending transfer, I write to request that a control date of August 20, 2007 be set in this case and that the time through that date be excluded under the Speedy Trial Act.

# MEMO ENDORSED

Hon. Denny Chin
July 19, 2007
Page Two

      Although counsel for the defendant is not presently in regular contact with his client, he has indicated via voicemail that he consents to the control date and exclusion of time based upon the Government's representation that the defendant has consented to the Rule 20 transfer and that the transfer is now pending.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
    Marshall A. Camp
    Assistant United States Attorney
    Tel.: (212) 637-1035

cc: Harvey Fishbein, Esq. (by fax: 212-267-3024)

SO ORDERED.

_____    DATE 7/23/07
HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE